# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Class B Misdemeanor Offense)** |
| v. | CASE NUMBER: 09-mj-01106-KLM-1 <br> *Rule 20 Transfer from Western District of Oklahoma* |
| EXXON MOBIL CORPORATION | (Defendant's Attorney) Christopher W. Armstrong and Larry W. Lindeen |

**THE DEFENDANT CORPORATION:** pleaded guilty to Count One of the Information.

**ACCORDINGLY,** the Court has adjudicated that the defendant corporation is guilty of the following offense:

| **Title & Section** | **Nature of Offense** | **Date Offense Concluded** | **Count Number** |
|---|---|---|---|
| 16 U.S.C. §§ 703(a) and 707(a) | Violation of the Migratory Bird Treaty Act | 10/17/05 | One |

The defendant corporation is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

August 12, 2009
Date of Imposition of Judgment

 s/ Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty, U.S. Magistrate Judge
Name & Title of Judicial Officer

 August 17, 2009
Date

DEFENDANT: EXXON MOBIL CORPORATION
CASE NUMBER: 09-mj-01106-KLM-1                                                                                  Judgment-Page 2 of 2

## PROBATION

The defendant corporation is hereby placed on probation for a term of three (3) years.

## STANDARD CONDITIONS OF SUPERVISION

The defendant corporation agrees that it shall commit no further criminal violations of federal, state or local law, including those laws and regulations for which primary enforcement has been delegated to state authorities.

During the term of probation, the defendant corporation shall provide the United States Probation Office for the District of Colorado with immediate notice of the following: any corporate name changes or any other change that would affect this Plea Agreement and/or the Environmental Compliance Plan.

## ADDITIONAL CONDITIONS OF SUPERVISION

1) The defendant corporation must implement an Environmental Compliance Plan, which is Attachment C of the Plea Agreement. The defendant corporation shall insure that all subsidiaries technically managing and/or operating facilities to which the Environmental Compliance Plan is applicable comply with the Environmental Compliance Plan.

## CRIMINAL MONETARY PENALTIES

The defendant corporation shall pay a fine of $80,000, directed to the North American Wetlands Conservation Fund for wetlands conservation work in Oklahoma.

The defendant corporation shall make a Community Service payment of $40,000 to the National Fish and Wildlife Foundation which monies shall be used for the preservation, restoration, and general protection of migratory waterfowl habitat in the Western District of Oklahoma.

The defendant corporation shall make a special assessment payment of $50.

The total of the monetary obligations due and owing immediately is $120,050.